AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| JUDY J. SCHMELZINGER, as Executrix of the Estate of ROBERT J. CROSS<br><br>*Plaintiff(s)*<br>v.<br>City of Buffalo, Buffalo Police Department, Clayton P. Reed, Michael Healy, Caitlin Hidinger, Michael Ross, Ellen Taylor, Judith Bigelow, Lt. Michael Long, Lt. Patrick Morrow, and Capt. Robert Lee,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Buffalo, 65 Niagara Street, 1100 City Hall, Buffalo, New York 14202
Buffalo Police Department, 68 Court Street, Buffalo, New York 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua I. Ramos, Esq.
Ramos & Ramos
37 Franklin Street, Suite 1000
Buffalo, New York 14202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                   _____
                                                                                           *Signature of Clerk or Deputy Clerk*