Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JUDY J. SCHMELZINGER,
as Executrix of the Estate of
Robert J. Cross

    v.

CITY OF BUFFALO, ET AL.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-186

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendants' Motion to Dismiss and for Summary Judgment is Granted.

Date: March 11, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk